No. 1266. HUGHES, ADMINISTRATRIX *v.* GREAT NORTHERN RAILWAY Co. Sup. Ct. Mont. Certiorari denied. *A. G. Shone* for petitioner. *Edwin S. Booth* for respondent.

No. 1268. SILVERSTEIN ET AL., CO-EXECUTORS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *David E. Dickinson* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters, Matthew J. Zinn,* and *Meyer Rothwacks* for the United States.

No. 1272. JOHNS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Joseph H. Davis* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1275. PACIFIC CAR & FOUNDRY Co. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Thomas Todd* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *David English Carmack* for the United States. *Michael Waris, Jr.,* for Farm & Industrial Equipment Institute as *amicus curiae* in support of the petition.

No. 1279. McGRATH *v.* KIRWAN. Ct. App. N. Y. Certiorari denied. *David Nelson* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Ruth Kessler Toch,* Solicitor General, and *James L. Kalteux,* Assistant Attorney General, for respondent.

No. 1280. GILLILAND *v.* KOCH ET AL. C. A. 10th Cir. Certiorari denied. *Vincent Ross* for petitioner.